# Notice Recipients

| District/Off: 0420−2 | User: dillard | Date Created: 5/28/2019 |
|---|---|---|
| Case: 18−06539−dd | Form ID: 164BNC | Total: 28 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | US Trustee's Office | USTPRegion04.CO.ECF@usdoj.gov |
| aty | Ann U. Bell | ann@droselaw.com |
| aty | R. Michael Drose | Drose@Droselaw.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Jay Coleman Connor | 85 Cumberland Street #3 | Charleston, SC 29401 |
| tr | Kevin Campbell | PO Box 684 | Mount Pleasant, SC 29465 |
| 543556587 | A T & T | c/o Afni Inc    PO Box 3427 | Bloomington IL 61702 |
| 543556588 | API − CHARLESTON LLC | C/O Moore and VanAllen    PO Box 22828 | Charleston SC 29413 |
| 543556589 | Attorney General of The US | Civil Division Bankruptcy Section    US Department of Justice    Washington DC 20530 | |
| 543556591 | Bank of America | 100 N. Tryon Street | Charlotte NC 28255 |
| 543556590 | Bank of America | PO Box 1390 | Norfolk VA 23501−1390 |
| 543556592 | Bradford Mortgage /TMST | 100 N. Cherry St No.400 | Winston Salem NC 27101 |
| 543556594 | First Federal Savings and Loan | PO Box 30149 | Tampa FL 33630−3149 |
| 543556593 | First Federal−Formerly Plantation | Federal Bank fka First Trust    PO Box 31279    Tampa FL 33631−3279 | |
| 543556595 | Gene Wright | c/o J & L Oil Co    204 US−45 | Vernon Hills, IL 60061 |
| 543556596 | Internal Revenue Service | 1835 Assembly Street    Stop MDP 39 | Columbia SC 29201 |
| 543556597 | Internal Revenue Service | ACS Support    PO Box 8208 | Philadelphia PA 19101−8208 |
| 543556598 | Internal Revenue Service | Centralized Insolvency Operations    PO Box 7346    Philadelphia PA 19101−7346 | |
| 543556599 | Jim & Sara Connor | 1621 East Saluda Lake Road | Greenville SC 29611 |
| 543556600 | Korn Law Firm | 1300 Pickens Street | Columbia SC 29201 |
| 543556601 | Michael Lemmons | 10 Seneca Ave West | Hawthorn Woods IL 60027 |
| 543556602 | Nations Bank | 820 Silver Lake Blvd | Dover DE 19904−2464 |
| 543556603 | Rogers Townsend & Thomas | PO Box 100200 | Columbia SC 29202 |
| 543556604 | SC Department of Revenue | PO Box 12265 | Columbia SC 29211 |
| 543556605 | South State Bank | 46 Broad Street | Charleston SC 29401 |
| 543556606 | Suntrust | PO Box 26150 | Richmond VA 23260 |
| 543556607 | Synovus Bank | 230 Seven Faerms Drive Ste 100 | Charleston SC 29492 |
| 543556608 | The Law Firm of Cisa and Dodds | 858 Lowcountry Blvd Ste 101 | Mount Pleasant SC 29464 |
| 543556609 | US Attorney for South Carolina | For The Internal Revenue Service    1441 Main Street Suite 500    Columbia SC 29201 | |

TOTAL: 25