UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | B/K Case No. 18-06539-DD |
| JAY COLEMAN CONNOR ) | |
| ) | Chapter 7 |
| Debtor. ) | |

## CERTIFICATE OF MAILING

I, Michael H. Conrady, Attorney for Kevin Campbell, Chapter 7 Bankruptcy Trustee, hereby certify that on this day I mailed a true and correct copy of the **Notice of Trustee's Final Report and Applications For Compensation and Deadline to Object (NFR), and Proposed Order** properly addressed and proper postage affixed, to the parties, on the attached mailing list. The following parties are being noticed electronically:

The Office of the United States Trustee
Suite 953
1853 Assembly Street
Columbia, SC 29201

/s/Michael Conrady
MICHAEL H. CONRADY, ESQ.
Campbell Law Firm, PA
Post Office Box 684
Mt. Pleasant, SC 29465
(843) 884-6874/ (843) 884-0997 fax

Mt. Pleasant, South Carolina
Dated: November 7, 2019

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0420-2<br>Case 18-06539-dd<br>District of South Carolina<br>Charleston<br>Thu Nov  7 11:50:37 EST 2019 | A T & T<br>c/o Afni Inc<br>PO Box 3427<br>Bloomington IL 61702-3427 | API - CHARLESTON LLC<br>C/O Moore and VanAllen<br>PO Box 22828<br>Charleston SC 29413-2828 |
| Attorney General of The US<br>Civil Division Bankruptcy Section<br>US Department of Justice<br>Washington DC 20530-0001 | Bank of America<br>100 N. Tryon Street<br>Charlotte NC 28255-0001 | Bank of America<br>PO Box 1390<br>Norfolk VA 23501-1390 |
| Ann U. Bell<br>Drose Law Firm<br>3955 Faber Place Dr. Ste 103<br>Charleston, SC 29405-8565 | Bradford Mortgage /TMST<br>100 N. Cherry St No.400<br>Winston Salem NC 27101-4016 | Kevin Campbell<br>PO Box 684<br>Mount Pleasant, SC 29465-0684 |
| Jay Coleman Connor<br>85 Cumberland Street #3<br>Charleston, SC 29401-3168 | R. Michael Drose<br>3955 Faber Place Drive<br>Suite 103<br>North Charleston, SC 29405-8565 | First Federal Savings and Loan<br>PO Box 30149<br>Tampa FL 33630-3149 |
| First Federal-Formerly Plantation<br>Federal Bank fka First Trust<br>PO Box 31279<br>Tampa FL 33631-3279 | Gene Wright<br>c/o J & L Oil Co<br>204 US-45<br>Vernon Hills, IL 60061 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>ACS Support<br>PO Box 8208<br>Philadelphia PA 19101-8208 | Jim & Sara Connor<br>1621 East Saluda Lake Road<br>Greenville SC 29611-2453 | Korn Law Firm<br>1300 Pickens Street<br>Columbia SC 29201-3430 |
| Michael Lemmons<br>10 Seneca Ave West<br>Hawthorn Woods IL 60047-1917 | Nations Bank<br>820 Silver Lake Blvd<br>Dover DE 19904-2464 | Rogers Townsend & Thomas<br>PO Box 100200<br>Columbia SC 29202-3200 |
| SC Department of Revenue<br>PO Box 12265<br>Columbia SC 29211-2265 | South State Bank<br>46 Broad Street<br>Charleston SC 29401-3004 | Suntrust<br>PO Box 26150<br>Richmond VA 23260-6150 |
| Synovus Bank<br>230 Seven Faerms Drive Ste 100<br>Charleston SC 29492-7555 | The Law Firm of Cisa and Dodds<br>858 Lowcountry Blvd  Ste 101<br>Mount Pleasant SC 29464-3080 | US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly St.<br>Suite 953<br>Columbia, SC 29201-2448 |
| US Attorney for South Carolina<br>For The Internal Revenue Service<br>1441 Main Street Suite 500<br>Columbia SC 29201-2897 | United States Trustee R4_CH7A<br>Office of the United States Trustee<br>115 S. Union St. Ste. 210<br>Alexandria, VA 22314-3361 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
1835 Assembly Street
Stop MDP 39
Columbia SC 29201

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia PA 19101-7346

End of Label Matrix
Mailable recipients    28
Bypassed recipients     1
Total                  29