# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0420−2 | User: admin | Date Created: 12/4/2019 |
| Case: 18−06539−dd | Form ID: pdf01 | Total: 1 |

**Recipients of Notice of Electronic Filing:**
tr    Kevin Campbell    kcampbell@campbell−law−firm.com

TOTAL: 1