# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | | |
|---|---|---|
| In Re: | § § § | |
| JAY COLEMAN CONNOR | § § § | Case No. 18-06539 |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KEVIN CAMPBELL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 19,117.00
*(Without deducting any secured claims)*

Assets Exempt: 14,186.00

Total Distributions to Claimants: 2,200.55

Claims Discharged
Without Payment: 1,411,679.36

Total Expenses of Administration: 799.45

---

3) Total gross receipts of $3,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $3,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $6,250.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 799.45 | 799.45 | 799.45 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 30,457.00 | 49,648.91 | 49,648.91 | 2,200.55 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,327,524.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,364,231.00 | $50,448.36 | $50,448.36 | $3,000.00 |

4) This case was originally filed under chapter 7 on 12/31/2018. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/07/2020           By:/s/KEVIN CAMPBELL
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| DEBTOR HAS POTENTIAL, UNFILED CLAIMS PURSUANT TO STATUTE 47 U.S.C. § 227 THAT MAY HAVE VALUE. DEBTOR IS UNABLE TO QUANTIFY THE EXACT VALUE OF EACH OF THESE CLAIMS. | 1149-000 | 3,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$3,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Jim & Sara Connor, 1621 East Saluda Lake Road Greenville, SC 29611 | | 6,250.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$6,250.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KEVIN CAMPBELL | 2100-000 | NA | 750.00 | 750.00 | 750.00 |
| KEVIN CAMPBELL | 2200-000 | NA | 49.45 | 49.45 | 49.45 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $799.45 | $799.45 | $799.45 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service, 1835 Assembly Street Stop MDP 39 Columbia, SC 29201 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SC Department of Revenue, PO Box 12265 Columbia, SC 29211 | | 30,457.00 | NA | NA | 0.00 |
| 2 | Internal Revenue Service | 5800-000 | NA | 38,594.34 | 38,594.34 | 1,710.59 |
| 1-2 | SC DEPARTMENT OF REVENUE | 5800-000 | NA | 11,054.57 | 11,054.57 | 489.96 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $30,457.00 | $49,648.91 | $49,648.91 | $2,200.55 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | API - CHARLESTON LLC, C/O Moore and VanAllen PO Box 22828 Charleston, SC 29413 | | 181,000.00 | NA | NA | 0.00 |
| | Bank of America, PO Box 1390 Norfolk, VA 23501-1390 | | 40,000.00 | NA | NA | 0.00 |
| | Bradford Mortgage /TMST, 100 N. Cherry St #400 Winston Salem, NC 27101 | | 233,828.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Federal (Formerly Plantation, Federal Bank fka First Trust) PO Box 31279 Tampa, FL 33631-3279 | | 204,831.00 | NA | NA | 0.00 |
| | First Federal Savings and Loan, PO Box 30149 Tampa, FL 33630-3149 | | 25,726.00 | NA | NA | 0.00 |
| | First Federal Savings and Loan, PO Box 30149 Tampa, FL 33630-3149 | | 180,664.00 | NA | NA | 0.00 |
| | Nations Bank, 820 Silver Lake Blvd Dover, DE 19904-2464 | | 7,500.00 | NA | NA | 0.00 |
| | Suntrust, PO Box 26150 Richmond, VA 23260 | | 13,382.00 | NA | NA | 0.00 |
| | Suntrust, PO Box 26150 Richmond, VA 23260 | | 440,593.00 | NA | NA | 0.00 |
| | Synovus Bank, 230 Seven Faerms Drive Ste 100 Charleston, SC 29492 | | 0.00 | NA | NA | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,327,524.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 18-06539 | DD | Judge: | David R. Duncan | Trustee Name: | KEVIN CAMPBELL |
|---|---|---|---|---|---|---|
| Case Name: | JAY COLEMAN CONNOR | | | | Date Filed (f) or Converted (c): | 12/31/2018 (f) |
| | | | | | 341(a) Meeting Date: | 02/19/2019 |
| For Period Ending: | 02/07/2020 | | | | Claims Bar Date: | 08/01/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2003 LEXUS SC 430 MILEAGE: 113,000 VIN #JTHFN48Y030047772 LOCATION: 85 CUMBERLAND STREET #3, CHARLESTON SC 29401 | 12,000.00 | 12,000.00 | | 0.00 | FA |
| 2. HOUSEHOLD GOODS AND FURNISHINGS LOCATION: 85 CUMBERLAND STREET #3, CHARLESTON SC 29401 | 1,500.00 | 0.00 | | 0.00 | FA |
| 3. MISCELLANEOUS ELECTRONICS LOCATION: 85 CUMBERLAND STREET #3, CHARLESTON SC 29401 | 900.00 | 0.00 | | 0.00 | FA |
| 4. BOOKS, PICTURES AND MISC ITEMS LOCATION: 85 CUMBERLAND STREET #3, CHARLESTON SC 29401 | 150.00 | 0.00 | | 0.00 | FA |
| 5. GOLF CLUBS LOCATION: 85 CUMBERLAND STREET #3, CHARLESTON SC 29401 | 300.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL LOCATION: 85 CUMBERLAND STREET #3, CHARLESTON SC 29401 | 500.00 | 0.00 | | 0.00 | FA |
| 7. MISCELLANEOUS JEWELRY LOCATION: 85 CUMBERLAND STREET #3, CHARLESTON SC 29401 | 200.00 | 0.00 | | 0.00 | FA |
| 8. TOOLS OF TRADE 6 FOOT LADDER AND HAND TOOL BOX WITH MISC TOOLS LOCATION: 85 CUMBERLAND STREET #3, CHARLESTON SC 29401 | 250.00 | 0.00 | | 0.00 | FA |
| 9. CASH | 1,800.00 | 0.00 | | 0.00 | FA |
| 10. FIRST CITIZENS | 1,122.00 | 0.00 | | 0.00 | FA |
| 11. FIRST RELIANCE | 97.00 | 0.00 | | 0.00 | FA |
| 12. FIRST RELIANCE | 717.00 | 0.00 | | 0.00 | FA |
| 13. JAY CONNOR LLC NO DEBTS NO ASSETS | 0.00 | 0.00 | | 0.00 | FA |
| 14. HEALTHCARE ALERT, LLC JUDGMENT | 1,100.00 | 0.00 | | 0.00 | FA |
| 15. KYLE HUXTABLE JUDGMENT DEBTOR BELIEVES THIS DEBT IS NOT COLLECTABLE. | 4,655.00 | 0.00 | | 0.00 | FA |
| 16. NOLAN AND NOLAN / KIEL NOLAN JUDGMENT DEBTOR BELIEVES THIS DEBT IS NOT COLLECTABLE. | 7,912.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-06539 | DD | Judge: | David R. Duncan | Trustee Name: | KEVIN CAMPBELL |
|---|---|---|---|---|---|---|
| Case Name: | JAY COLEMAN CONNOR | | | | Date Filed (f) or Converted (c): | 12/31/2018 (f) |
| | | | | | 341(a) Meeting Date: | 02/19/2019 |
| For Period Ending: | 02/07/2020 | | | | Claims Bar Date: | 08/01/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17. DEBTOR HAS POTENTIAL, UNFILED CLAIMS PURSUANT TO STATUTE 47 U.S.C. § 227 THAT MAY HAVE VALUE. DEBTOR IS UNABLE TO QUANTIFY THE EXACT VALUE OF EACH OF THESE CLAIMS. | Unknown | 3,000.00 | | 3,000.00 | FA |
| 18. DESK CHAIR | 100.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $33,303.00 | $15,000.00 | | $3,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE:JAY COLEMAN CONNOR
B/K CASE NO. 18-06539-DD
CLF FILE NO.19-2088T

Exhibit 8

FINAL REPORT CASE HISTORY

JAY COLEMAN CONNOR (HEREINAFTER REFERRED TO AS THE "DEBTOR"), FILED A PETITION FOR CHAPTER 7 BANKRUPTCY PURSUANT TO TITLE 11 OF THE UNITED STATES CODE ON DECEMBER 31, 2018. KEVIN CAMPBELL, (HEREINAFTER REFERRED TO AS THE "TRUSTEE"), WAS DULY APPOINTED AS THE INTERIM CHAPTER 7 TRUSTEE, WHOSE APPOINTMENT BECAME PERMANENT AT THE MEETING OF CREDITORS. THIS CASE WAS SUBSEQUENTLY DECLARED TO BE AN ASSET CASE.

ALTHOUGH THE TRUSTEE REQUESTED ASSISTANCE IN THE CASE FROM THE CAMPBELL LAW FIRM, P.A., (HEREINAFTER REFERRED TO AS THE "FIRM"), BECAUSE OF THE NATURE OF THIS CASE, THE FIRM WAS NOT APPOINTED AS ATTORNEY FOR THE TRUSTEE AND HAS AGREED TO WAIVE ITS FEES.

GENERAL CASE ADMINISTRATION.
PRIOR TO THE MEETING OF CREDITORS, THE TRUSTEE REVIEWED THE DEBTOR'S SCHEDULES, STATEMENTS AND OTHER DOCUMENTS FILED WITH THE COURT. HE ALSO REVIEWED ADDITIONAL FINANCIAL INFORMATION PRIOR TO THE FIRST MEETING OF CREDITORS. AT THE MEETING OF CREDITORS, THE DEBTOR TESTIFIED CONCERNING THE BUSINESS AFFAIRS. ALSO, AT THE FIRST MEETING, THE TRUSTEE REQUESTED ADDITIONAL BOOKS AND RECORDS.

THE FIRM REVIEWED THE DEBTOR'S SCHEDULES, STATEMENTS, AND OTHER DOCUMENTS FILED WITH THE COURT, RECORDS AT THE SOUTH CAROLINA SECRETARY OF STATE'S OFFICE, COUNTY RECORDS LOCATED IN THE STATE OF SOUTH CAROLINA, AS WELL AS THE FINANCIAL RECORDS PROVIDED BY THE DEBTOR.

BASED UPON THE DEBTOR'S SCHEDULES, THE FIRM EVALUATED NUMEROUS LAWSUITS FILED BY THE DEBTOR FOR VIOLATIONS OF FEDERAL TELEPHONE SOLICITATION ACTION (47 U.S.C. §227). ALTHOUGH THE DEBTOR HAD SEVERAL ACTIONS FILED AND/OR JUDGMENTS OBTAINED, IT WAS DISCLOSED THAT HE HAD IN FACT ONLY COLLECTED $3,000 TOWARDS THESE SUITS/JUDGMENTS. BASED UPON THE FIRM'S EVALUATION OF THE BALANCE OF THE CLAIMS, IT APPEARED THAT NO FURTHER RECOVERY WAS LIKELY. THEREFORE, THE DEBTOR PAID OVER TO THE TRUSTEE THE AMOUNT THAT WAS COLLECTED WHICH WAS DEPOSITED INTO THE ESTATE'S ACCOUNT.

CONCLUSION.
THE TRUSTEE EXAMINED THE CLAIMS THAT WERE FILED IN THIS CASE AND MADE THE APPROPRIATE RECOMMENDATIONS. THE TRUSTEE THEN PREPARED HIS FINAL REPORT.

AGAIN, TO INCREASE THE PROPOSED DISTRIBUTION TO CREDITORS, THE FIRM WAS NOT APPOINTED IN THIS BANKRUPTCY CASE.

Initial Projected Date of Final Report (TFR):     Current Projected Date of Final Report (TFR):

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 18-06539 | | Trustee Name: | KEVIN CAMPBELL |
| Case Name: | JAY COLEMAN CONNOR | | Bank Name: | Axos Bank |
| | | | Account Number/CD#: | XXXXXX0433 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX4514 | | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 02/07/2020 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/01/19 | 17 | Jay Connor | NON-EXEMPT FUNDS | 1149-000 | $3,000.00 | | $3,000.00 |
| 12/04/19 | 2001 | KEVIN CAMPBELL<br>P. O. Box 684<br>Mount Pleasant, SC  29465-0684 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2100-000 | | $750.00 | $2,250.00 |
| 12/04/19 | 2002 | KEVIN CAMPBELL<br>P. O. Box 684<br>Mount Pleasant, SC  29465-0684 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2200-000 | | $49.45 | $2,200.55 |
| 12/04/19 | 2003 | SC DEPARTMENT OF REVENUE<br>PO Box 12265<br>Columbia, SC  29211 | Final distribution to claim 1 creditor account # representing a payment of 4.43 % per court order. | 5800-000 | | $489.96 | $1,710.59 |
| 12/04/19 | 2004 | Internal Revenue Service<br>1835 Assembly Street<br>Stop Mdp 39<br>Columbia Sc 29201 | Final distribution to claim 2 creditor account # representing a payment of 4.43 % per court order. | 5800-000 | | $1,710.59 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $3,000.00 | $3,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $3,000.00 | $3,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,000.00 | $3,000.00 |

Page Subtotals:  $3,000.00   $3,000.00

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0433 - Checking | $3,000.00 | $3,000.00 | $0.00 |
| | $3,000.00 | $3,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $3,000.00 |
| Total Gross Receipts: | $3,000.00 |

Page Subtotals:  $0.00   $0.00